1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   CHUONG XUAN HA,                                CASE NO. 08CV688 JLS (RBB)

12                                Petitioner,        **ORDER (1) REQUIRING**
                                                     **RESPONSE TO PETITION and (2)**
           vs.                                       **GRANTING MOTION FOR**
13                                                   **APPOINTMENT OF COUNSEL**

14   MICHAEL CHERTOFF, Secretary of the
     Department of Homeland Security;
15   MICHAEL MUKASEY, Attorney General;
     ROBIN F. BAKER, Director of San Diego
16   Field Office, U.S. Immigration and Customs
     Enforcement; JOHN A. GARZON, Officer-
17   in-charge,

18                                Respondents.

19

20        On April 15, 2008, Petitioner Chuong Xuan Ha, filed a petition for writ of habeas corpus

21   pursuant to 28 U.S.C. § 2241.  (Doc. No. 1.)  Having reviewed the petition, Respondents are

22   hereby **ORDERED** to file and serve a response to the petition no later than May 30, 2008.  The

23   response **SHALL INCLUDE** all documents relevant to the issues raised in the petition.  Should

24   Petitioner wish to reply to the response, he **SHALL REPLY** no later than July 11, 2008.  The

25   matter will be deemed under submission at that time, and the parties shall await further order from

26   this Court.

27        Petitioner has also filed a motion for appointment of counsel pursuant to 18 U.S.C. §

28   3006A.  (Doc. No. 2.)  Section 3006A(a)(2)(b) provides, when the Court determines that "the

                                          - 1 -                              08cv688

1  interests of justice so require," the Court may appoint counsel for financially eligible individuals

2  who are seeking relief under § 2241.  The Court finds the appointment of counsel is appropriate in

3  this case.  Federal Defenders of San Diego, Inc., has requested to be appointed to represent

4  Petitioner in this matter.  The Court therefore **GRANTS** Petitioner's motion for appointment of

5  counsel and **APPOINTS** Federal Defenders of San Diego, Inc. to represent him.

6      IT IS SO ORDERED.

7

8  DATED:  April 17, 2008

9

10                                 _____
                                   Honorable Janis L. Sammartino
11                                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28