UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUONG XUAN HA,<br><br>　　　　　Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.<br><br>　　　　　Respondents. | CASE NO. 08CV688-JLS (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

　　　GOOD CAUSE APPEARING, and pursuant to the joint motion of the parties, this case is dismissed without prejudice. Petitioner was released from custody on May 30, 2008, rendering the instant habeas action moot. See Fed. R. Civ. P. 12(h)(3).

　　　IT IS SO ORDERED.

DATED: June 16, 2008

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge